LAW OFFICES
# DAVID WIKSTROM
950 THIRD AVENUE - 32ND FLOOR
NEW YORK, NEW YORK 10022

E-MAIL: DAVID@DAVIDWIKSTROM.COM
WWW.DAVIDWIKSTROM.COM

TELEPHONE: (212) 248-5511
FACSIMILE: (212) 248-2866

July 22, 2021

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: United States v. Van Parker
16 CR 797 (LAP)

Dear Judge Preska:

As I noted at the VOSR proceeding held in this matter on July 20, Mr. Parker suffers from a variety of ailments, none of which have received appropriate medical attention since his arrival at MDC Brooklyn in May.

In particular, Mr. Parker requires evaluation and treatment for hypertension, arthritis and a thyroid condition. He informs me that his efforts to obtain medical attention through BOP administrative proceedings have been futile.

Accordingly, I respectfully request that the Court issue an order directing MDC Health Services to promptly evaluate and treat Mr. Parker's medical conditions.

Sincerely,

David Wikstrom

The Chief Medical Officer of the MDC (or his or her designee) shall examine Mr. Parker and report to the Court by letter no later than July 30 as to steps taken to address his conditions.

7/23/21

SO ORDERED
Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE