UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>-against-<br><br>VAN PARKER,<br><br>    Defendant. | No. 16-CR-797 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

  The Court is in receipt of the motion for compassionate release filed by Defendant Van Parker. The Government shall respond to the motion by December 7, 2021. Defendant may file a separate reply by December 21, 2021. The Clerk of the Court is directed to mail the Defendant a copy of this order.

**SO ORDERED.**

Dated: November 23, 2021
    New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge