UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                    Plaintiff,                    No. 16-CR-797 (LAP)

-against-                                              ORDER

VAN PARKER,

                    Defendant.

LORETTA A. PRESKA, Senior United States District Judge:

     Before the Court is Defendant Van Parker's motion for

compassionate release and/or correction of sentence under 18

U.S.C. § 3582(C)(2), 28 U.S.C. § 2241, or Federal Rules of

Criminal Procedure 35(a).  (See dkt. no. 154.)  On December 4,

2021, the Government informed the Court that Defendant Parker

was released from prison on December 3, 2021.  (See dkt. no.

156.)  Accordingly, the motion is DENIED as moot.

**SO ORDERED.**

Dated:     December 6, 2021
           New York, New York

_Loretta A. Preska_
LORETTA A. PRESKA
Senior United States District Judge

1