

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 22, 2022

**BY EMAIL/ECF**
Hon. Loretta A. Preska
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re: *United States v. Van Parker*
        16 Cr. 797 (LAP)

Dear Judge Preska:

      The Government writes on behalf of the parties to seek <u>an adjournment *sine die* of the violation of supervised release preliminary hearing that is currently scheduled for August 24, 2022.</u> On August 18, 2022, the defendant was presented in magistrate court on the violation of supervised release. His counsel, David Wikstrom, was out of district and unavailable to attend the presentment. Temporary CJA counsel, who was appointed for the presentment only, requested a preliminary hearing date, which was set for August 24, 2022. I have since communicated with Mr. Wikstrom, who withdraws the request for a preliminary hearing and joins this application.

<u>**SO ORDERED.**</u>
Dated:    August 22, 2022
          New York, New York

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: *Nicholas S. Folly*
     Nicholas Folly / Aline Flodr
     Assistant United States Attorneys
     (212) 637-1060

*Loretta A. Preska*
LORETTA A. PRESKA
Senior United States District Judge

    Cc: David Wikstrom, Esq.