LAW OFFICES

DAVID WIKSTROM

5 COLUMBUS CIRCLE - 11TH FLOOR

NEW YORK, NEW YORK 10019

E-MAIL: DAVID@DAVIDWIKSTROM.COM

WWW.DAVIDWIKSTROM.COM

TELEPHONE: (212) 248-5511

FACSIMILE: (212) 248-2866

August 26, 2022

The Honorable Loretta Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  United States v. Van Parker
16 CR 797 (LAP)

Dear Judge Preska:

Mr. Parker's VOSR proceeding is scheduled for August 31, 2022. By this letter application, I seek an adjournment of the matter to a date after Labor Day, during the week of September 5, 2022.

The parties are working to resolve the matter in advance of our scheduled appearance if possible, but need some additional time to permit these discussions. Futhermore, as I am out of town on vacation I have not met personally with my client to discuss the matter. It is therefore my request that the Court forbear from proceeding on the violation specification on Aug. 31, and instead continue the matter to a date the following week.

The Government, by AUSA Nicholas Folly, does not oppose the request.

The VOSR proceeding is adjourned to
Thursday, September 8, 2022, at
1:00 p.m. in Courtroom 12A.
**SO ORDERED.**
Dated:    August 29, 2022
          New York, New York

Sincerely,

David Wikstrom

LORETTA A. PRESKA
Senior United States District Judge