LAW OFFICES
# DAVID WIKSTROM
5 COLUMBUS CIRCLE - 11TH FLOOR
NEW YORK, NEW YORK 10019

E-MAIL: DAVID@DAVIDWIKSTROM.COM
WWW.DAVIDWIKSTROM.COM

TELEPHONE: (212) 248-5511
FACSIMILE: (212) 248-2866

Nov. 14, 2022

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:  United States v. Van Parker
          16 CR 797 (LAP)

Dear Judge Preska:

    I write to request that the Court modify my appointment in the above VOSR proceeding by authorizing compensation for services *nunc pro tunc* to December 19, 2021.

    My appointment in the matter is dated August 18, 2022, which is the date on which Mr. Parker was presented in the SDNY following completion of his Pennsylvania state court sentence. However I began working on Mr. Parker's behalf when the VOSR warrant was lodged based on those Pennsylvania charges, which took place on December 19, 2021.

    Accordingly, I ask your Honor to "So Order" this letter, so that I may provide it to the CJA Clerk along with my voucher.  I thank the Court for its consideration and assistance.

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
11/15/22

Respectfully submitted,

David Wikstrom