

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 26, 2023

**VIA CM/ECF**
The Honorable Loretta A. Preska
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

  Re: *United States* v. *Van Parker*, 16 Cr. 797 (LAP)

Dear Judge Preska:

  The Government writes to request an adjournment of the upcoming September 28, 2023 conference, which was scheduled to address defendant Van Parker's compliance with the terms of supervised release.

  In the September 6, 2022 Amended Violation Report submitted by the U.S. Probation Office, the defendant was charged with Specification Nos. 1 through 11, as follows:

- Specification Nos. 1 through 8 relate to the defendant's commission of state law offenses on December 17, 2021, when he lured NYPD School Safety Agents out of their vehicle, pushed one of the Agents to the ground, occupied the vehicle, and drove the vehicle in a reckless manner.

- Specification No. 9 relates to the defendant's commission of the state law offense of petit larceny on June 16, 2022, when he stole certain property.

- Specification Nos. 10 through 11 relate to the defendant's December 16, 2021 use of the controlled substances of cocaine and marijuana.

  On June 16, 2022, the defendant was sentenced in Kings County Criminal Court to 364 days' imprisonment for the conduct underlying Specification Nos. 1 through 8.

  On September 8, 2022, the defendant pled guilty to violation of Specification No. 9 before this Court, and on October 3, 2022, Your Honor sentenced the defendant to time served plus three weeks, followed by one year to be completed at an inpatient substance abuse treatment facility. On October 3, 2022, Your Honor also discharged Specification

Nos. 1 through 8 and Specification Nos. 10 through 11. As a result, the defendant's current sentence will be completed as of October 24, 2023, and all specifications charged in the U.S. Probation Office's September 6, 2022 Amended Violation Report will have been discharged.

On June 14, 2023, the U.S. Probation Office submitted another Violation Report to the Court, charging three Specifications. Specification Nos. 1 and 2 related to the defendant's November 2022 use of controlled substances, namely cocaine and marijuana. Specification No. 3 related to the defendant's May 2023 unsuccessful discharge from an inpatient facility, Samaritan Day Village – Fox Run, due to behavioral issues and allegations of sexually inappropriate behavior.

Thereafter, the defendant entered another inpatient substance abuse facility, Serendipity, where he remains to date. The Government has consulted with the defendant's Probation Officer and has learned that, since the time the defendant entered the Serendipity program, he has incurred no new violations, has had no behavioral issues, and has remained compliant with the terms of his supervised release.

In light of the foregoing, and with the consent of defense counsel and the defendant's Probation Officer, the Government respectfully requests an adjournment of the September 28, 2023 conference to October 19, October 23, or October 24, 2023, when the defendant's term of supervised release expires, so that the Court can assess the defendant's compliance at that time.[1]

*The September 28 conference is adjourned to October 23 at 1:00 pm*

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: /s/ Diarra M. Guthrie
Diarra M. Guthrie
Nicholas S. Folly
Aline Flodr
Assistant United States Attorney
(212) 637-2463

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
9/27/23

cc: David Wikstrom, Esq. (via ECF)
Amber Wilton (via Email)

---

[1] This is the parties' first request for adjournment of a conference on the instant matter.