UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| United States of America, | |
| Plaintiff, | No. 16-CR-797 (LAP) |
| -against- | ORDER |
| Van Parker, | |
| Defendant. | |

LORETTA A. PRESKA, Senior United States District Judge:

The parties in the above action appeared before the Court on October 23, 2023, to address Defendant's compliance with the terms of his supervised release as ordered by this Court on October 3, 2022. (See dkt. no. 169.) As the Government described in its letter dated September 26, 2023, (see dkt. no. 176), and as the parties detailed in their conference before the Court, Defendant has largely complied with the terms of his supervised release since he began inpatient substance abuse treatment at the Serendipity treatment facility in June 2023. Accordingly, Defendant's term of supervised release is hereby ordered to have expired as of October 24, 2023. All underlying open specifications of Defendant's supervision are DISMISSED.

**SO ORDERED.**

Dated:   October 27, 2023
         New York, New York

_____
LORETTA A. PRESKA
Senior U.S.D.J.

1